

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**1/6/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/5/11.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

Case Number: 11-10117 - A - 7

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

| Raymond Thomas Henderson | Erlinda Anastasia Henderson |
|---|---|
| xxx-xx-2867 | xxx-xx-2918 |
| 24150 San Juan Drive | 24150 San Juan Drive |
| Tehachapi, CA 93561 | Tehachapi, CA 93561 |

| Debtor's Attorney: | Carl A. Lux<br>2135 Santa Anita Avenue<br>Altadena, CA 91001 | Trustee: | Randell Parker<br>3820 Herring Rd<br>Arvin, CA 93203 |
|---|---|---|---|
| Telephone Number: | 888-882-5610 | Telephone Number: | 661-854-1503 |

### MEETING OF CREDITORS
**Location:** 1300 18th St., Bakersfield, CA
**Date & Time:** 3/1/11 01:30 PM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** - See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** - Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:
**5/2/11**
Deadline to Object to Exemptions: Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

Dated:
1/6/11

For the Court,
Wayne Blackwelder, Clerk

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint -- or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) -- in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**--- Refer to Other Side For Important Deadlines and Notices ---**

# CERTIFICATE OF NOTICE

```
District/off: 0972-1        User: admin           Page 1 of 1              Date Rcvd: Jan 06, 2011
Case: 11-10117              Form ID: b9a          Total Noticed: 23
```

The following entities were noticed by first class mail on Jan 08, 2011.
```
db/jdb        +Raymond Thomas Henderson,    Erlinda Anastasia Henderson,    24150 San Juan Drive,
               Tehachapi, CA 93561-8360
aty           +Carl A. Lux,    2135 Santa Anita Avenue,    Altadena, CA 91001-2916
18298372      +ALLIED INTERSTATE,    3000 CORPORATE EXCHANGE DR,    COLUMBUS OH 43231-7684
18298373      +AMERICAN PROFIT RECOVERY,    34405 W 12 MILE RD STE 379,    FARMINGTON HILLS MI 48331-5608
18298376      +COMMERCIAL TRADE BUREAU,    PO BOX 10389,   BAKERSFIELD CA 93389-0389
18298377      +FINANCIAL CREDIT NETWORK,    1300 W MAIN ST,   VISALIA CA 93291-5825
18298380      +KERN COUNTY RECORDERS,    1415 TRUXTON AVENUE,    BAKERSFIELD CA 93301-5215
18298383      +NATIONSTAR MORTGAGE,    350 HIGHLAND DR,   LEWISVILLE TX 75067-4177
18298384      +NATIONWIDE RECOVERY SYST,    2304 TARPLEY RD STE 134,    CARROLLTON TX 75006-2470
18298385      +NCO FINANCIAL SERVICES 99,    507 PRUDENTIAL RD,    HORSHAM PA 19044-2368
18298388      +SPECIALIZED LOAN SERVICI,    8742 LUCENT BLVD STE 300,    HIGHLANDS RANCH CO 80129-2386
18298389       TULARE COUNTY RECORDER,    COUNTY CIVIC CNTR RM203,    VISALIA CA 93291
18298390      +UNION BANK NA,    PO BOX 85443,    SAN DIEGO CA 92186-5443
```

The following entities were noticed by electronic transmission on Jan 07, 2011.
```
tr            +EDI: FRPARKER.COM Jan 06 2011 23:08:00      Randell Parker,    3820 Herring Rd,
               Arvin, CA 93203-9661
smg            EDI: CALTAX.COM Jan 06 2011 23:08:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA  95812-2952
18298374      +EDI: ACCE.COM Jan 06 2011 23:08:00      ASSET ACCEPTANCE,    PO BOX 1630,    WARREN MI 48090-1630
18298375      +EDI: BANKAMER2.COM Jan 06 2011 23:08:00      BANK OF AMERICA,    PO BOX 17054,
               WILMINGTON DE 19850-7054
18298378      +EDI: RMSC.COM Jan 06 2011 23:08:00      GE MONEY BANK CARE CREDIT,    PO BOX 981439,
               EL PASO TX 79998-1439
18298379      +EDI: CITICORP.COM Jan 06 2011 23:08:00      HOME DEPOT CITIBANK,    PO BOX 6497,
               SIOUX FALLS SD 57117-6497
18298381      +EDI: CBSKOHLS.COM Jan 06 2011 23:08:00      KOHLS CHASE,    PO BOX 3115,    MILWAUKEE WI 53201-3115
18298382      +EDI: MID8.COM Jan 06 2011 23:08:00      MIDLAND CREDIT MANAGEMENT,    8875 AERO DR,
               SAN DIEGO CA 92123-2251
18298386      +EDI: PHINPINN.COM Jan 06 2011 23:08:00      PINNACLE CREDIT SERVICES,    7900 HIGHWAY 7 100,
               SAINT LOUIS PARK MN 55426-4045
18298387      +EDI: CITICORP.COM Jan 06 2011 23:08:00      SHELL CITIBANK SD,    PO BOX 6497,
               SIOUX FALLS SD 57117-6497
                                                                                                TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 08, 2011**                     Signature: *Joseph Speetjens*