

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**3/7/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# NOTICE OF TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO APPEAR AT §341(a) MEETING OF CREDITORS

Case Number:  11-10117 - A - 7     Docket Control Number:  RP-1

Debtor Name(s) and Address(es):

Raymond Thomas Henderson
24150 San Juan Drive
Tehachapi, CA 93561

Erlinda Anastasia Henderson
24150 San Juan Drive
Tehachapi, CA 93561

*Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.*

**NOTICE IS HEREBY GIVEN** that the chapter 7 trustee in this case has filed a motion to dismiss the case on the grounds that Raymond Thomas Henderson and Erlinda Anastasia Henderson, the debtor(s), failed to appear at the meeting of creditors held on March 1, 2011.

The debtor or any other party in interest who does not want the case dismissed must file and serve an opposition to the trustee's motion **no later than 14 days before the hearing date**. In the absence of a timely opposition, no hearing will be held and the case will be dismissed. *Note: we have enclosed the two documents that will help you file and serve the opposition: "Notice of Hearing and Opposition on Trustee's Motion to Dismiss for Failure to Appear at §341(a) Meeting of Creditors" and a Certificate of Mailing.*

If a timely opposition is filed to the trustee's motion, the court will consider the dismissal of the case at a hearing on April 20, 2011 at 1:30 in Bakersfield Hearing Location of the U.S. Bankruptcy Court, at the address shown above.

If the court is persuaded not to dismiss the case, the meeting of creditors will be held on 4/26/11 at 04:30 PM at 1300 18th St., Bakersfield, CA.

*Important Notes:*

1. The opposition must be filed with the Clerk of the U.S. Bankruptcy Court at the address shown above not later than 14 days before the hearing date.
2. The opposition must also be mailed to the Chapter 7 Trustee, the U.S. Trustee, the debtor and the debtor's attorney 14 days before your scheduled hearing with the court. Their addresses can be found in the enclosed Certificate of Mailing.
3. If you have submitted your opposition, you or your attorney must appear at the court hearing scheduled above.
4. If the court decides not to dismiss the case, it may attach conditions, such as to extend deadlines for parties to file actions under 11 U.S.C. §523, §707(b) and §727.

Dated:  3/7/11

Randell Parker, Trustee
3820 Herring Rd
Arvin, CA 93203

Filer's Name: _____
Address: _____
_____
Phone: _____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

| | |
|---|---|
| In re ) | Case Number: 11-10117 - A - 7 |
| ) | |
| Raymond Thomas Henderson ) | Docket Control No: RP-1 |
| Erlinda Anastasia Henderson ) | |
| ) | **NOTICE OF HEARING AND OPPOSITION** |
| ) | **ON TRUSTEE'S MOTION TO DISMISS FOR** |
| Debtor(s). ) | **FAILURE TO APPEAR AT §341(a) MEETING** |
| ) | **OF CREDITORS** |

TO THE TRUSTEE, THE UNITED STATES TRUSTEE, THE DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S), IF APPLICABLE:

**YOU ARE HEREBY NOTIFIED** that on April 20, 2011 at 1:30 in Bakersfield Hearing Location of the U.S. Bankruptcy Court, at the address shown above there will be a hearing on the Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors.
This motion is opposed by _____,
who is a _____ (type of party - debtor, creditor, other party in interest)
in this case. Opposition is based on the following: (State all the reasons this case should not be dismissed. If this Notice of Hearing and Opposition is filed by the debtor(s), include the reason(s) you failed to appear at the meeting. Attach additional pages, if necessary.)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: _____          Signed: _____

**Instructions**: To request a hearing on the Trustee's Motion to Dismiss for Failure to Appear at §341(a) Meeting of Creditors, a completed, originally signed Notice of Hearing and Opposition with any additional pages attached must be filed with the Clerk of Court at the address shown above not later than 14 days before the hearing date, and copies must be received by the Trustee and the United States Trustee not later than 14 days before the hearing date. If the completed Notice of Hearing and Opposition is filed by a party other than the absent debtor(s), copies of the completed Notice of Hearing and Opposition with any additional pages attached must also be received by the debtor(s) and, if represented by legal counsel, by the attorney for the debtor(s) not later than 14 days before the hearing date.

In re: Raymond Thomas Henderson and Erlinda Anastasia Henderson   Case number: 11-10117 - A - 7

# CERTIFICATE OF MAILING

I, _____, hereby certify that a copy of the Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors and additional pages, if any, to which this certificate is attached was(were) mailed today to the following entities at the address shown below:

Randell Parker
3820 Herring Rd
Arvin, CA 93203

Office of the U.S. Trustee
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 1401, Fresno, CA 93721

If I am a party other than the debtor or joint debtor, I further certify that a copy of the Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors and additional pages, if any, to which this certificate is attached was(were) additionally mailed today to the debtor(s) and, if represented by legal counsel, to the attorney for the debtor(s) at the address shown below:

Raymond Thomas Henderson
24150 San Juan Drive
Tehachapi, CA 93561

Erlinda Anastasia Henderson
24150 San Juan Drive
Tehachapi, CA 93561

Carl A. Lux
2135 Santa Anita Avenue
Altadena, CA 91001

Dated: _____

Signed: _____

Printed Name: _____
Address: _____
_____
_____

**Complete this Certificate of Mailing and attach it to the originally signed Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors you file with the Clerk of Court.**

```
                                United States Bankruptcy Court
                                  Eastern District of California
In re:                                                              Case No. 11-10117-A
Raymond Thomas Henderson                                            Chapter 7
Erlinda Anastasia Henderson
         Debtors                        CERTIFICATE OF NOTICE

District/off: 0972-1         User: admin            Page 1 of 1             Date Rcvd: Mar 07, 2011
                             Form ID: L150          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2011.
db/jdb     +Raymond Thomas Henderson,    Erlinda Anastasia Henderson,   24150 San Juan Drive,
             Tehachapi, CA 93561-8360
aty        +Carl A. Lux,   2135 Santa Anita Avenue,    Altadena, CA 91001-2916
aty        +L. Bryant Jaquez,   1231 E Dyer Rd #100,    Santa Ana, CA 92705-5643
tr         +Randell Parker,   3820 Herring Rd,   Arvin, CA 93203-9661
cr          Nationstar Mortgage,   PO Box 829009,   Dallas, TX 75382-9009
cr         +Nationstar Mortgage, LLC,   c/o L. Bryant Jaquez,   1231 E Dyer Rd #100,
             Santa Ana, CA 92705-5643
18298372   +ALLIED INTERSTATE,   3000 CORPORATE EXCHANGE DR,   COLUMBUS OH 43231-7684
18298373   +AMERICAN PROFIT RECOVERY,   34405 W 12 MILE RD STE 379,   FARMINGTON HILLS MI 48331-5608
18298375   +BANK OF AMERICA,   PO BOX 17054,   WILMINGTON DE 19850-7054
18298376   +COMMERCIAL TRADE BUREAU,   PO BOX 10389,   BAKERSFIELD CA 93389-0389
18298377   +FINANCIAL CREDIT NETWORK,   1300 W MAIN ST,   VISALIA CA 93291-5825
18298379   +HOME DEPOT CITIBANK,   PO BOX 6497,   SIOUX FALLS SD 57117-6497
18298380   +KERN COUNTY RECORDERS,   1415 TRUXTON AVENUE,   BAKERSFIELD CA 93301-5215
18298382   +MIDLAND CREDIT MANAGEMENT,   8875 AERO DR,   SAN DIEGO CA 92123-2251
18298383   +NATIONSTAR MORTGAGE,   350 HIGHLAND DR,   LEWISVILLE TX 75067-4177
18298384   +NATIONWIDE RECOVERY SYST,   2304 TARPLEY RD STE 134,   CARROLLTON TX 75006-2470
18298385   +NCO FINANCIAL SERVICES 99,   507 PRUDENTIAL RD,   HORSHAM PA 19044-2368
18298386   +PINNACLE CREDIT SERVICES,   7900 HIGHWAY 7 100,   SAINT LOUIS PARK MN 55426-4045
18298387   +SHELL CITIBANK SD,   PO BOX 6497,   SIOUX FALLS SD 57117-6497
18298388   +SPECIALIZED LOAN SERVICI,   8742 LUCENT BLVD STE 300,   HIGHLANDS RANCH CO 80129-2386
18298389    TULARE COUNTY RECORDER,   COUNTY CIVIC CNTR RM203,   VISALIA CA 93291
18298390   +UNION BANK NA,   PO BOX 85443,   SAN DIEGO CA 92186-5443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18298374    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 08 2011 02:06:09    ASSET ACCEPTANCE,
             PO BOX 1630,   WARREN MI 48090-1630
18298378    +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2011 02:23:25    GE MONEY BANK CARE CREDIT,
             PO BOX 981439,   EL PASO TX 79998-1439
18298381    +E-mail/PDF: cr-bankruptcy@kohls.com Mar 08 2011 02:23:34    KOHLS CHASE,   PO BOX 3115,
             MILWAUKEE WI 53201-3115
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 09, 2011**                    **Signature:** *Joseph Speetjens*