FILED
March 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003354276

CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

**U.S. Bankruptcy Court**
**Eastern District of California (Fresno)**

| | |
|---|---|
| **DEBTOR** ) | **Bankruptcy Petition #: 11-10117** |
| **RAYMOND THOMAS HENDERSON** ) | |
| **ERLINDA ANASTASIA HENDERSON** ) | |
| ) | **Chapter 7** |
| ) | **DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS** |

**TO THE HONORABLE JUDGE WHITNEY RIMEL, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COME, Debtors by and through their attorney of record and files this response to the Trustee's Motion to Dismiss for failure to appear at the Meeting of Creditors and would respectfully show the court as follows:

1. Debtors filed their Chapter 7 proceeding on January 5, 2011 and their first meeting of creditors was scheduled for March 1, 2011. Debtors did not attend the scheduled meeting of creditors due to the Debtors' issues with the preparation and completion of their Federal Tax Returns. The Debtors have been diligently trying to complete these returns. These have been completed and a copy of the 2009 Tax Return has been mailed to the Chapter 7 Trustee.

2. The failure to attend the scheduled meeting of creditors was not intentional as it was the Debtors' belief that the Meeting would be rescheduled. Debtors' respectfully request that their Meeting of Creditors be rescheduled and they be allowed to proceed forward with their Chapter 7 proceeding.

DATED: March 17, 2011.

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | |
| 3 | /s/ Carl Lux |
| | **Carl A. Lux** (192963) |
| 4 | Attorney for Debtor |

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 17th day of March, 2011 on the following parties affected thereby:

Randell Parker, Chapter 7 Trustee
3820 Herring Rd
Arvin, CA 93203

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

/s/ Carl A. Lux
Carl A. Lux