FILED
May 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003495031

1  CARL A. LUX #192963
2135 Santa Anita Avenue
2  Altadena, CA
(888) 882-5610 (Telephone)
3  (888) 730-8950

## U.S. Bankruptcy Court
## Eastern District of California

In re: ) Bankruptcy Petition #: 11-10117
**Raymond Thomas Henderson** )
**Erlinda Anastasia Henderson** )
) Chapter 7
) **RESPONSE TO ORDER DIRECTED TO CARL A. LUX TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED AND/OR ORDERED TO REDUCE FEES FOR FAILURE TO ADEQUATELY REPRESENT CLIENT**

**TO THE HONORABLE JUDGE WHITNEY RIMEL, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

1. The debtors did not attend the initially scheduled 341 hearing because the debtors had not completed their tax returns.  Prior to the 341 meeting, the Chapter 7 trustee was notified that the debtors would not appear and the reason they would not appear.  It has been my experience that the Chapter 7 trustee routinely re-schedules the 341 hearing when this situation arises.

2. I did not withdraw from representation of the debtors.  It was my understanding that the debtors' attorney was not required to attend the hearing on the trustee's motion to dismiss.  The debtors were given the address where to go to attend the hearing and instructed to go to the Bakersfield Meeting Room.  As evidenced by the debtors' affidavit attached hereto as Exhibit A, the debtors were not told by me nor anyone in my office to drive to Fresno.  Rather, according to the debtors, when the debtors called the Bakersfield Meeting Room

1. looking to clarify exactly where the Bakersfield Meeting Room is in the building, someone there told the debtors that all such hearing were held in Fresno and directed the debtors to go there rather than going to the Bakersfield meeting Room. Instead of calling my staff member with whom they had talked to earlier to receive clarification, the debtors tried to call me and when I did not answer immediately, they drove to Fresno.

3. I have not received any fees from the debtors. They could not afford to pay in advance for my services, so I agreed to represent them with the understanding that they could pay me in installments after their bankruptcy was over and they had a little more money. I informed them in advance that their debt to me would discharged in the bankruptcy with all their other debts and would not be legally enforceable. We would simply be on the honor system. If they were happy with my services, they would pay me, and if they were not happy, they would not pay me.

In light of the foregoing, I respectfully request that the court not order me to pay monetary sanctions for failure to fulfill my duties as attorney for the debtors.

DATED: May 16, 2011.

                                  Respectfully Submitted,

                                  /s/ Carl Lux_____
                                  **Carl A. Lux** (192963)
                                  Attorney for Debtor

## CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 16th of May, 2011 on the following parties affected thereby:

**Trustee**
Randell Parker
3820 Herring Rd
Arvin, CA 93203


**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

/s/ Carl A. Lux

Carl A. Lux

## AFFIDAVIT OF RAY and ERLINDA HENDERSON

1. We are the debtor's in case no. 2011-10117. We have personal knowledge of the facts set forth in this Affidavit and, if called as a witness, could and would testify competently to such facts under oath.

2. On, April 20, 2011, we drove to Fresno because we were instructed by the Bakersfield Courthouse that the hearing for the motion to dismiss was to take place in Fresno. Though the schedule indicated Bakersfield Room. We attempted twice to contact our attorney's assistant but were unable to contact her and did not receive any clarification from our attorney as to the location of the hearing for the motion to dismiss.

3. We have not paid Attorney Lux any fees for legal fees related to our bankruptcy. We agreed to make installment payments after our bankruptcy case was complete. Attorney Lux informed us that his fees would not be legally enforceable and that we did not have to pay him if we were not satisfied with his services.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this ___ day of May, 2011, at TEHACHAPI, California.

_____
Raymond Henderson

_____
Erlinda Henderson

1